**Order entered February 9, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00090-CV

## IN THE INTEREST OF M.K., A CHILD

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-30007-2022**

## ORDER

Before the Court is the February 2, 2023 request of Robin Benton, Official Court Reporter for the 468th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **February 16, 2023**. We caution Ms. Benton that further extension requests in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/ DENNISE GARCIA
   JUSTICE